# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| PAUL W. JONES, <br><br> Plaintiff, <br><br> v. <br><br> KRAFT HEINZ FOODS COMPANY, et al., <br><br> Defendants. | Case No. 18-2251 |

## REPORT AND RECOMMENDATION

On October 1, 2018, Plaintiff filed his Complaint against Defendants, alleging violations of the Americans with Disabilities Act. Plaintiff paid the $400 filing fee, *see* (#1), and is therefore responsible for personally serving Defendants with summons. *See* L.R. 16.3(D).

Federal Rule of Civil Procedure 4(m) states that a defendant must be served with summons within 90 days after the Complaint is filed. As noted, Plaintiff's Complaint (#1) was filed on October 1, 2018. Accordingly, defendants should have been served with summons by December 30, 2018. *See* FED. R. CIV. P. 4(m).

On January 24, 2019, 115 days after the Complaint was filed, the Court entered an Order to Show Cause (#5), directing Plaintiff to show cause as to why his case should not be dismissed for failure to serve summons. Plaintiff's response to the Order to Show Cause was due by February 7, 2019. *See* d/e #5. To date, Plaintiff has not filed a response.

Federal Rule of Civil Procedure 4(m) states that if a defendant is not served within 90 days after the complaint is filed, "the court—on motion or its own after notice to the plaintiff—must dismiss the action without prejudice or order that service be made within a specified time." FED. R. CIV. P. 4(m). Additionally, Federal Rule of Civil

Procedure 41(b) provides that a court may dismiss a plaintiff's case if said plaintiff fails to prosecute the case or comply with the Federal Rules or a court order. FED. R. CIV. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

The Court's January 24, 2019, Order to Show Cause (#5) stated that Plaintiff had 14 days from the entry of the Order to show why the case should not be dismissed for failure to serve summons. The Court gave Plaintiff an additional 12 days after his response was due before entering this Order, but Plaintiff has filed no response. The Court is satisfied that Plaintiff has been notified of the Court's intention to dismiss this case under Rule 4(m), but has taken no steps to show proper service. The Court additionally notes that Plaintiff will have an opportunity to object to this Report and Recommendation, showing why the case should not be dismissed.

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for failure to serve summons pursuant to Federal Rule of Civil Procedure 4(m) and for failure to comply with the Court's Order to Show Cause pursuant to Federal Rule of Civil Procedure 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 19th day of February, 2019.

                                                  s/ ERIC I. LONG
                                       UNITED STATES MAGISTRATE JUDGE