# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| PAUL W. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 18-2251 |
| ) | |
| KRAFT HEINZ FOODS COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On, February 19, 2019, Magistrate Judge Eric I. Long filed a Report and Recommendation (#7) in the above cause. Judge Long recommended that Plaintiff's case be dismissed for failure to serve summons pursuant to Federal Rule of Civil Procedure 4(m) and for failure to comply with the Court's Order to Show Cause pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff has not filed an objection, and the time for doing so has passed. This court has carefully reviewed Judge Long's thorough and well-reasoned recommendation. Following this court's careful de novo review, this court agrees with Judge Long's recommendation.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#7) is accepted by this court.

(2) Plaintiff's case is DISMISSED.

(3) This case is terminated.

ENTERED this 6th day of March, 2019.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE